**IN RE: INTELLECTUAL VENTURES II, LLC, Appellant**

**2016-2416**

United States Court of Appeals, Federal Circuit.

October 3, 2017

HENRY A. PETRI, JR., Polsinelli PC, Washington, DC, argued for appellant.

ROBERT J. MCMANUS, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY KAKOLI CAPRIHAN, THOMAS W. KRAUSE.

(Moore, Mayer, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**